1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 DONALD LUMB,

CASE NO. 15cv2623-LAB (MDD)

12                                  Plaintiff,

**ORDER GRANTING LEAVE TO FILE BRIEFING ON ISSUE OF JUDICIAL NOTICE**

   vs.

13

BORDER PATROL SUPERVISOR PETE BURGOS, et al.,

14

15                                  Defendants.

16

17

18      On November 30, the Court ordered counsel for Plaintiff Donald Lumb, Mary Prevost,

19 to lodge a motion she had filed with the state bar.  (Docket no. 16 at 2:8–12.)  She was

20 ordered to do so by attaching it to a notice and filing it in the docket.  In the same order, the

21 Court proposed to take judicial notice of certain records and facts.  The order permitted any

22 party who wished to be heard on the subject to file a notice that the party wished to be

23 heard.

24      Instead of obeying the Court's order, Prevost gave excuses for not lodging the motion

25 as ordered.  In the same filing, she purported to continue to represent Lumb by making a

26 request to be heard regarding judicial notice.  The Court's order did not require or permit

27 Prevost to make such requests on behalf of Lumb.  As long as she is ineligible to practice

28 law in California, she <u>must not</u> file anything in the docket or make arguments to the Court,

1  unless ordered or specifically permitted to do so by the Court.  Lumb can of course substitute

2  in other counsel, or may substitute in *pro se*.  But a person ineligible to practice law may not

3  file pleadings or file documents on behalf of a client.

4       In the interests of expediting the case, which at this point is rather old, the Court will

5  grant Lumb leave to brief the issue. No later than **December 16, 2016**, Lumb may file a

6  memorandum of points and authorities, not longer than five pages, giving his position on the

7  issue.

8       **IT IS SO ORDERED**.

9  DATED:  December 2, 2016

10

11  **HONORABLE LARRY ALAN BURNS**
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28