# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DONALD LUMB,

Plaintiff,

vs.

BORDER PATROL SUPERVISOR PETE BURGOS, et al.,

Defendants.

CASE NO. 15cv2623-LAB (MDD)

**ORDER REQUIRING SERVICE OF PROCESS**

Lumb has filed a response to the Court's order to show cause (Docket no. 13) requesting time to cure his failure to serve Defendants as required under Fed. R. Civ. P. 4(I). Lumb's counsel Mary Prevost is not presently eligible to practice law in California, but assures the Court she will become eligible again next week (*i.e.*, by December 9). Lumb is **ORDERED** to cure the defect forthwith, and to file proof of service showing full compliance with Fed. R. Civ. P. 4(i) no later than noon on **December 16, 2016**, **without fail**. If Mary Prevost is not eligible to practice law by then, another duly admitted attorney must complete the filing.

**IT IS SO ORDERED**.

DATED:  December 2, 2016

**HONORABLE LARRY ALAN BURNS**
United States District Judge

15cv2623